```
1  DANIEL B, HALPERN, ESQ.
   HALPERN LAW OFFICES
2  111 North Market Street, Suite 1010
   San Jose, CA 95113
3  (408) 286-8595
```



# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – DIVISION 5

| | |
|---|---|
| In re: | ) Chapter 13 |
| RUIZ, YOLANDA ANDRADE | ) Case No.: 09-59281 ASW13 |
| | ) **PRE-HEARING CONFERENCE STATEMENT** |
| Debtor | ) Pre-Hearing Conference Date: FEBRUARY 2,2010 |
| | ) Pre-Hearing Conference Time: 2:00 PM |
| | ) Place: 280 S. 1st Street, Room 3020 |
| | )        San Jose, CA |
| | Judge: Arthur S. Weissbrodt |

**TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA**

Please take notice that I, Daniel B. Halpern, Esq., of Halpern Law Offices, have substituted myself as attorney in the case of Yolanda A. Ruiz, Case # 09-59281 ASW13, effective 22 January 2010.

Our firm is in the process of resolving the Trustee's Objections to Confirmation, submitted December 8, 2009. Therefore, our firm is requesting a continuance in this matter for a period of 120 days.

Dated this January 22, 2010

111 North Market Street
Suite 1010
San Jose, CA 95113
DANIEL B. HALPERN, ESQ.

PRE-HEARING CONFERENCE STATEMENT - 1