DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

RUIZ, YOLANDA

        Debtor(s)

Chapter 13

Case No. 09-5-9281 ASW

TRUSTEE'S OBJECTION TO MOTION FOR ORDER ALLOWING DEBTOR TO SELL RESIDENTIAL REAL PROPERTY, MOTION TO EMPLOY THE BROKER AND ALLOW BROKER'S COMPENSATION WITH CERTIFICATE OF SERVICE

Hearing Date: SEPTEMBER 20, 2010 @ 1:15 PM

The Trustee, Devin Derham-Burk, having been served with a Notice and Motion for Order Allowing Debtor to Sell Residential Real Property, Motion to Employ the Broker and Allow Broker's Compensation does hereby object to said transaction.

The debtor filed her Chapter 13 Petition on October 29, 2009. The plan has not yet been confirmed and provides for a 5% dividend to be paid to general unsecured creditors. The debtor is attempting to sell real property located at 2161 Caleb Court, San Jose, California in a short sale for an unknown amount.

1. The debtor has no potential buyer.

2. The debtor failed to serve all creditors of the motion. The Trustee is not aware of any order shortening time to allow the motion to be heard on September 20, 2010.

The Trustee requests that the Trustee approve the form of order prior to submission to the court. Wherefore, the Trustee requests that this Court deny the debtors' motion. **Chapter 13 Trustee and counsel will be at Section 341 meetings and will not appear.**

Dated: September 17, 2010   /S/ Devin Derham-Burk

Chapter 13 Trustee

Trustee's Obj to Sale/Refi of Real Property – Case No. 09-5-9281 ASW

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am a citizen of the United States, over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Motion for Order Allowing Debtor to Sell Residential Real Property, Motion to Employ the Broker and Allow Broker's Compensation by placing same in an envelope in the U.S. Mail at Los Gatos, California on September 17, 2010.

Said envelopes were addressed as follows:

YOLANDA RUIZ
2161 CALEB CT
SAN JOSE CA 95121

DANIEL HALPERN ESQ
111 N MARKET ST #1010
SAN JOSE CA 95113

/S/ Clotilde Costa
Office of Devin Derham-Burk, Trustee